**Exhibit A to the Complaint**

**Location:** Plano, TX  
**Total Works Infringed:** 30  

**IP Address:** 47.187.221.118  
**ISP:** Frontier Communications

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 5B3BE98002C4D9EF1A6EDECF03D66CE4830DF83C<br>File Hash:<br>8ACF669665021C943FFC5624932B41BA4EC8D332C6706FBB15EC2AE18274703D | 04-19-2022 14:42:31 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |
| 2 | Info Hash: D084A13EA5DED2457EABA64B6EF9C55F77BC0B7D<br>File Hash:<br>C58DD4F43C5F41C5C58C4D15EBD8127029899BCDD24C3288A29742A31B2635A4 | 03-28-2022 06:32:53 | Tushy | 03-27-2022 | 04-23-2022 | PA0002346427 |
| 3 | Info Hash: A0820BFB597EB5A9A2170B781BBB6671BB5C5AB3<br>File Hash:<br>6444F59E4D4A99099DDDE60EB4EDE24A59F02D8A6B15501CAAB79CE75A85B706 | 02-26-2022 21:08:55 | Vixen | 02-25-2022 | 03-29-2022 | PA0002342849 |
| 4 | Info Hash: 59D5FF3A5ED55AC121F26D42DB5344BB9A3DA035<br>File Hash:<br>C3438F90DB34A842C59115B738382C7113F01CDE3ED0F271B329B99D4B11E1AE | 02-08-2022 08:21:23 | Blacked Raw | 08-23-2021 | 09-21-2021 | PA0002312669 |
| 5 | Info Hash: 9AB4E28BE929FDC7326BB617A3DAB4A7AFAEEF2F<br>File Hash:<br>C0087BFC8BB4905EA5066BB87464F0895BA40C0B08DD10E1901918FC7AEA3F5F | 02-05-2022 03:27:02 | Vixen | 02-04-2022 | 02-14-2022 | PA0002335462 |
| 6 | Info Hash: B6BD0A396410CC0EA882312EF1320D9A5E8F5771<br>File Hash:<br>DA057119A1C56751FB9A5AC62D71039671ADBB6C6F75BF7AB0C9A336E3865F17 | 01-30-2022 03:47:37 | Blacked | 12-18-2021 | 01-17-2022 | PA0002330124 |
| 7 | Info Hash: C3EFA2467429AE5229F2A879B92BE871C04066C2<br>File Hash:<br>D71459A67F2A1B1005D77466342642DAA6F5161D69666B5F759F547FAD2A23D6 | 01-21-2022 14:43:44 | Slayed | 12-21-2021 | 01-07-2022 | PA0002337942 |
| 8 | Info Hash: A30FDCCF6D299C0326C041A22E8A20FB2E2ABC6C<br>File Hash:<br>AF009824FD454213E4F94F6B49066F21B583A6F0F2AB1574E436B3D258464A11 | 01-16-2022 22:06:17 | Tushy | 01-16-2022 | 03-04-2022 | PA0002345785 |
| 9 | Info Hash: AFE290E37A5FFCB9787DBE0C61FB4F1CD913465A<br>File Hash:<br>39D2C2BF42AB00CA6BAAC52A0B60138A28851EE5A7A8B49E052C6C999713E7A7 | 01-12-2022 15:31:26 | Vixen | 09-17-2021 | 10-05-2021 | PA0002315292 |
| 10 | Info Hash: 9E42500751D9160C610DB567C8D2A3AE6D4D2BA6<br>File Hash:<br>5B13CAE17F3D8EB18F4C98B6AAE9F233D6902FBFEEF9E1E8A5909EE5D3472AE7 | 01-12-2022 07:16:59 | Blacked | 10-23-2021 | 11-11-2021 | PA0002321276 |
| 11 | Info Hash: 7EFF8C6B501434289C1DF734E45A6E9D943DE8AD<br>File Hash:<br>1577AD4AE96E71B35C146F0D87C2CB23A8C73ECE60F634B6F00F6CBFC027E408 | 01-05-2022 06:02:47 | Blacked Raw | 06-21-2019 | 08-27-2019 | PA0002213241 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: C6CCED17ACC64A94B2D4BA8938F360F8982C7C49<br>File Hash:<br>71B620589FA5C7E17DACB2CA587A4524A207E8ED055ACA9A9C998F01BCAF7DD1 | 01-01-2022 18:11:13 | Blacked Raw | 12-08-2018 | 12-18-2018 | PA0002141919 |
| 13 | Info Hash: 4DF127476233FF85439FF6A98AA3CF00B95B9F6A<br>File Hash:<br>E1DE904DF6EBAAF55B8FDA7EDEA1F80FF5CC7119788AB16F1DCF31FA379347C2 | 01-01-2022 14:44:06 | Blacked Raw | 06-26-2018 | 08-07-2018 | PA0002131867 |
| 14 | Info Hash: B3823EF184813E25EA4E1277612FB5E7E4D1BB3E<br>File Hash:<br>B7C6BD57782F93C6E524A95A9BC605EEC064698B67DD71D75539C75D3CECE4A7 | 01-01-2022 14:44:03 | Blacked Raw | 09-04-2018 | 11-01-2018 | PA0002143430 |
| 15 | Info Hash: 511B0A8D371AF0EEC968BFC79AE68A96FDB65315<br>File Hash:<br>7FC65D6857DE76A23439F4E4885EEA121A4F06BB663345ADF031118313B4DEA9 | 01-01-2022 14:43:50 | Blacked Raw | 03-28-2018 | 04-12-2018 | PA0002091513 |
| 16 | Info Hash: D5EB98B05C472B02CB909BE6C1DBD69C2542E221<br>File Hash:<br>936838721D2AAB2FDF0471119FEB9C3E0651A8E1C4D88105C31E052043C3464B | 01-01-2022 14:43:33 | Blacked Raw | 12-18-2017 | 01-23-2018 | PA0002101753 |
| 17 | Info Hash: 7DB19E95871720285061E25F42813E2A890FA6EF<br>File Hash:<br>A6D69497DAFE8E88C766B16BF6A2ABB5D975DA7E7CB73F2479C85DCAE6753E96 | 01-01-2022 06:17:05 | Blacked Raw | 10-11-2021 | 10-19-2021 | PA0002317052 |
| 18 | Info Hash: 9E5239A42DBE06A6AA6D1025041B91B540CCDC25<br>File Hash:<br>7B79EE6901CE1EC51299BF775CCC02CFB20844A981D08F141B37502FEAF3A30E | 12-28-2021 16:29:16 | Blacked | 12-25-2021 | 01-17-2022 | PA0002330103 |
| 19 | Info Hash: F8175E54D5DF76E1843F0A7AE8279402B24C06BD<br>File Hash:<br>B32AA303B8EE202556E799A73154A91EA6C6458D6F5D476C5C88A4B2D6BBCB3F | 12-26-2021 07:04:02 | Tushy | 10-24-2021 | 11-11-2021 | PA0002321315 |
| 20 | Info Hash: 923BA1AD3E588D2D7B0DB78BBCCACC5947008217<br>File Hash:<br>BFA6D7C15FF9A8D8E63348B1B2CC6B57954B7F4BED04300D50AA7258074E1626 | 12-23-2021 23:09:45 | Blacked Raw | 11-09-2020 | 12-09-2020 | PA0002274940 |
| 21 | Info Hash: E06C9E95888393E06FA0C8392A0AAF8253AF65B9<br>File Hash:<br>A74B3789B3E54FCC0041D43AB30081B3F143F9800ABD063AF314FD3C2DC2CCE1 | 12-20-2021 02:35:24 | Vixen | 12-17-2021 | 01-17-2022 | PA0002330110 |
| 22 | Info Hash: 9EE05B466AD086992453B91E59FDA301D48CC730<br>File Hash:<br>095207382E0B5439F4EA0098A53D049EC1EA9FF9B047C2B066AEAD25B23E20ED | 12-17-2021 14:49:03 | Blacked Raw | 06-14-2021 | 08-02-2021 | PA0002305094 |
| 23 | Info Hash: 3DEC9C6F62D4E0A7EC317780E61DF1E7F5CE74AF<br>File Hash:<br>5C4C08C2D6BB21E7029E7C29C04E83F2C117550882BE7C5B558ADA61C3BF8BCF | 12-17-2021 08:42:41 | Blacked | 11-13-2021 | 12-09-2021 | PA0002325812 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: D7032C76ABCF839F3B3DFE156B9D085E432A1AC8<br>File Hash: E75D8390F1A83D10410673656E11DFC1ED5FD9D89259694BA7F7E132FBE4F021 | 12-10-2021 07:49:25 | Blacked | 12-04-2021 | 12-09-2021 | PA0002325833 |
| 25 | Info Hash: 8CED9DF61B46B9EB3041EB7E09BB977841A9A3BE<br>File Hash: D221159F2ACCBF8C57638361E142A73720FE31BD17F4746F28FA595A6F81D55A | 12-06-2021 18:41:45 | Blacked Raw | 04-27-2020 | 05-19-2020 | PA0002241476 |
| 26 | Info Hash: 77D2C5DB43399B7A589D34ECEA4B67D86C30C8C2<br>File Hash: 3F6E64993EA295AF4D14874F5F81208979D9818B2A9D7A6AC85484835D5AE243 | 12-04-2021 09:49:51 | Blacked | 08-08-2018 | 09-01-2018 | PA0002119598 |
| 27 | Info Hash: 404A8775EFFC2B8AE71A41914DA61AD00698A78A<br>File Hash: 52F60FDBBEC4638D3C759F787AF790602BA36F3FCB6F50804DA08ECAA5F61FCA | 12-02-2021 18:58:12 | Blacked Raw | 04-06-2020 | 04-17-2020 | PA0002237306 |
| 28 | Info Hash: 1EFD7623C0A418BB20BE2B56AFE502E030A7465C<br>File Hash: 90C1426F26D26935A6332076AC2547BBE5CB026C36D94B224F6A4216AAB210B7 | 10-02-2021 14:11:37 | Vixen | 09-24-2021 | 11-11-2021 | PA0002321289 |
| 29 | Info Hash: FD15A19F145337A42A660119F04CE6AFFF84335E<br>File Hash: AC9387790776A037A21107CF5D0B71434F8D4D002A4598AEF5AE1A42F93BEF26 | 10-02-2021 12:29:18 | Vixen | 09-29-2021 | 11-11-2021 | PA0002321322 |
| 30 | Info Hash: 306DC3549C8DDB562265186310C912ECFD8345A4<br>File Hash: FF8320ABB5B19C540EF71FE8FF5F92C100DCE1028AD4CD1CA6E2A8DC8BC499C1 | 10-02-2021 12:29:09 | Blacked | 09-29-2021 | 11-11-2021 | PA0002321302 |